**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 4, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00705-CV

## IN RE M-I L.L.C. D/B/A M-I SWACO, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-18432**

---

## MEMORANDUM OPINION

On August 28, 2014, relator M-I L.L.C. d/b/a M-I SWACO filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator complains of the refusal of the Honorable William Burke, presiding judge of the 189th District Court of Harris County, to conduct portions of a temporary injunction hearing involving purported

trade secret information outside the presence of the employees of real party in interest National Oilwell Varco, L.P.

Relator has not established that it is entitled mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Donovan.